UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBAR-DOMINGUEZ, Petitioner, v. MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al., Respondents. | Case No.: 26-CV-3905 JLS (JLB)<br>**ORDER GRANTING IN PART AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br>(ECF Nos. 2, 3, 8) |

Presently before the Court is Jose Escobar-Dominguez's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 8). Also before the Court are Respondents' Response to Petition ("Ret.," ECF No. 10) and Petitioner's Traverse ("Traverse," ECF No. 11).

Petitioner has resided in the United States since 2007 and alleges that he has been detained since April 7, 2026, when he was arrested while driving to work.[1] Pet. at 1. Respondents state that Petitioner is subject to detention under 8 U.S.C. § 1226(a) and "do

[1] Because a warrant was issued in this case, the Court declines to grant release. *See* Ret. at 2.

not oppose an order from this Court directing a bond hearing." Ret. at 1–2. Therefore, the Amended Petition (ECF No. 8) is **GRANTED IN PART**.[2]

**CONCLUSION**

Based on the foregoing, the Court **GRANTS IN PART** Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 8) and **ORDERS** the Government to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within fourteen (14) days, unless Petitioner, the non-citizen, requests a continuance. Bond **SHALL NOT** be denied on the basis that 8 U.S.C. § 1225(b)(2) requires mandatory detention. The non-citizen bears the burden of demonstrating, by a preponderance of the evidence, that they are not a danger to the community or a flight risk. *See Rodriguez Diaz v. Garland*, 53 F.4th 1189, 1197 (9th Cir. 2022). The Court **DENIES IN PART** the Petition to the extent that Petitioner requests to be released from custody.

The Parties **SHALL FILE** a status report informing the Court of the outcome of the hearing or informing the Court of Petitioner's request for a continuance by September 1, 2026. The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: August 11, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge

[2] The Court **DENIES AS MOOT** Petitioner's Motion to Proceed *In Forma Pauperis* (ECF No. 2) and Motion for Appointment of Counsel (ECF No. 3).